Chief Judge Fuld (dissenting).
I, too, believe that chapters 143 and 144 of the Laws of 1970 are unconstitutional on the ground that they contravene article I (§ 9) and article VII (§7) of our State Constitution. Accordingly, I am in general agreement with what Judge Burke has written with respect to those chapters. However, I go further than he does for, in my view, the provisions for compenstaion contained in the challenged legislation are unconstitutionally inadequate and deprive the tracks of property rights without due process of law (U. S. Const., 14th Arndt.; N. Y. Const., art. I, §§ 6, 7). Although compensation is given for the use of tangible facilities at the tracks, no compensation is provided for the other, intangible items which are also appropriated. (Cf. Matter of Keystone Assoc. v. Moerdler, 19 N Y 2d 78, 88-89; Matter of City of New York [Fifth Ave. Coach Lines], 18 N Y 2d 212.)
Judges Scilbpfi, Breitel and Jasen concur with Judge Bergan ; Judge Burke dissents and votes to reverse in an opinion in which Chief Judge Fuld and Judge Gibson concur; Chief Judge Fuld dissents in a separate opinion in which Judge Gibson also concurs.
Judgment affirmed.